1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CAMERON L. DESMOND
   DAVID W. SPENCER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-232-JAM
12
                        Plaintiff,        STIPULATION REGARDING EXCLUDABLE
13                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
                    v.                     FINDINGS AND ORDER
14
   FRANK JONATHAN GUZMAN, and             DATE: June 1, 2021
15 JOSE CRUZ IVAN AISPURO,                TIME: 9:30 a.m.
                                           COURT: Hon. John A. Mendez
16                      Defendants.

17

18                         **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through defendant's counsel of record, hereby stipulate as follows:

21      1.      By previous order, this matter was set for status on June 1, 2021.

22      2.      By this stipulation, the parties request to continue the status conference to July 6, 2021,

23 and to exclude time between June 1, 2021, and July 6, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv)

24 [Local Code T4].

25      3.      The parties agree and stipulate, and request that the Court find the following:

26             a)      The government has represented that the discovery associated with this case

27 includes approximately 928 pages of investigative reports, photographs, and other documents, as

28

well as multiple video and audio recordings.  All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying.

        b)      The Indictment in this case was returned on December 19, 2020.  ECF No. 16.

        c)      Counsel for Defendant Guzman, Kelly Babineau, substituted into this case as

counsel of record on February 4, 2020.  *See* ECF Nos. 20-22.

        d)      On August 7, 2020, the government produced approximately 36 pages of

additional discovery, consisting of investigative reports, to counsel for defendants.

        e)      Counsel for defendants need additional time to review the discovery, meet with

their clients to assess the discovery, conduct necessary investigation, conduct legal research into

trial issues and sentencing issues, discuss potential resolutions with their clients, and otherwise

prepare for trial.

        f)      Counsel for defendants believe that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

        g)      The government does not object to the continuance.

        h)      Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

        i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of June 1, 2021 to July 6, 2021,

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] on

the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

        IT IS SO STIPULATED.

Dated: May 27, 2021                          PHILLIP A. TALBERT
                                             Acting United States Attorney


                                             /s/ DAVID W. SPENCER
                                             DAVID W. SPENCER
                                             Assistant United States Attorney


Dated: May 27, 2021                          /s/ Kelly Babineau
                                             Kelly Babineau
                                             Counsel for Defendant
                                             FRANK JONATHAN
                                             GUZMAN

Dated: May 27, 2021                          /s/ David W. Dratman
                                             David W. Dratman
                                             Counsel for Defendant
                                             JOSE CRUZ IVAN AISPURO


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of May, 2021.


                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE