KELLY BABINEAU, SBN 190418
The Law Office of Kelly Babineau, APC
455 Capitol Mall #801
Sacramento CA 95814
Tel: (916) 442-4948
kbabineau@klblawoffice.net
Attorney for FRANK GUZMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK GUZMAN,<br><br>　　　　Defendant. | Case No.: 19-CR-0232JAM<br><br>**WAIVER OF PERSONAL APPEARANCE** |

　　Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Frank Guzman hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

/////

- 1 –
Waiver of Appearance

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

DATED:   January 9, 2023                     /s/Frank Guzman
                                             FRANK GUZMAN
                                             Defendant


DATED:   January 9, 2023                     /s/ Kelly Babineau
                                             KELLY BABINEAU
                                             Attorney for Defendant

(Original Signatures on File at Attorney's Office)

ORDER

IT IS SO ORDERED:

Dated: January 9, 2023                       /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE