PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID W. SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK JONATHAN GUZMAN, and JOSE CRUZ IVAN AISPURO,<br><br>Defendants. | CASE NO. 2:19-cr-00232-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: May 9, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 9, 2023.

2. By this stipulation, the parties request to continue the status conference to **June 27, 2023**, **at 09:00 a.m**., and to exclude time between May 9, 2023, and June 27, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 928 pages of investigative reports, photographs, and other documents, as

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

well as multiple video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      On February 9, 2023, the Court signed an order substituting Attorney John R. Manning as counsel of record for defendant Frank Guzman in place of prior defense counsel Kelly Babineau.

      c)      Counsel for defendants need additional time to review the discovery, meet with their clients to assess the discovery, conduct necessary investigation, conduct legal research into trial issues and sentencing issues, discuss potential resolutions with their clients, and otherwise prepare for trial.

      d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 9, 2023, to June 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 26, 2023　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ DAVID W. SPENCER
　　　　　　　　　　　　　　　　　　　　　DAVID W. SPENCER
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: April 26, 2023　　　　　　　　　　　/s/ John R. Manning
　　　　　　　　　　　　　　　　　　　　　John R. Manning
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　FRANK JONATHAN
　　　　　　　　　　　　　　　　　　　　　GUZMAN

Dated: April 26, 2023　　　　　　　　　　　/s/ David W. Dratman
　　　　　　　　　　　　　　　　　　　　　David W. Dratman
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　JOSE CRUZ IVAN AISPURO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 27, 2023　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3