IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>FRANK J. GUZMAN,<br><br>             Defendant. | Case No.: 2:19 CR 232 JAM<br><br>**ORDER GRANTING APPLICATION TO FILE EXHIBIT "A" OF MR. GUZMAN'S SENTENCING MEMORANDUM UNDER SEAL** |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Application to file Exhibit A of defendant's sentencing memorandum under seal is **GRANTED**. Exhibit A of Mr. Guzman's sentencing memorandum referenced herein shall be filed under seal.

Dated: December 06, 2023      /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

1